IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02300-AP

MICHAEL A. ZELLER,

Plaintiff,
v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

Defendant.

_____

**JOINT CASE MANAGEMENT PLAN**

**1. APPEARANCES OF COUNSEL**

<u>For Plaintiff</u>:
KENNETH J. SHAKESHAFT
Shakeshaft Law Firm
1530 S. Tejon St.
Colorado Springs, CO 80905
Telephone: 719-635-5886
office@shakeshaftlawfirm.com

<u>For Defendant</u>**:**
JOHN F. WALSH
United States Attorney
WILLIAM G. PHARO
Assistant United States Attorney
United States Attorney's Office
District of Colorado

ALEXESS REA
Special Assistant United States Attorney
Office of General Counsel
Social Security Administration
1001 Seventeenth Street
Denver, CO 80202
Telephone: 303-844-7101
Alexess.rea@ssa.gov

### 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

### 3. DATES OF FILING OF RELEVANT PLEADINGS

A. Date Complaint Was Filed: **09/01/11**

B. Date Complaint Was Served on U.S. Attorney's Office: **09/19/11**

C. Date Answer and Administrative Record Were Filed: **11/15/11**

### 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

### 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

Neither party intends to submit additional evidence.

### 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.

### 7. OTHER MATTERS

The parties have no other matters to bring to the attention of the court.

### 8. BRIEFING SCHEDULE

A. Plaintiff's Opening Brief Due**: 01/13/12**

B. Defendant's Response Brief Due**: 02/13/12**

C. Plaintiff's Reply Brief (If Any) Due**: 02/28/12**

### 9. STATEMENTS REGARDING ORAL ARGUMENT

A. Plaintiff's Statement: Plaintiff does not request oral argument.

B. Defendant's Statement: Defendant does not request oral argument**.**

### 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

A. ( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

B. (X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

### 11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

### 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 13th day of December, 2011.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE


APPROVED:                                             UNITED STATES ATTORNEY

*s/ Kenneth J. Shakeshaft*                            *s/ Alexess Rea*
KENNETH J. SHAKESHAFT                                 BY: ALEXESS REA
Shakeshaft Law Firm                                   Special Assistant United States Attorney
1530 S. Tejon St.                                     1001 17th Street, Sixth Floor
Colorado Springs, CO 80905                            Denver, Colorado 80202
Telephone: 719-635-5886                               Telephone: (303) 844-7101
office@shakeshaftlawfirm.com                          alexess.rea@ssa.gov
*Attorney for Plaintiff*                              *Attorney for Defendant*