IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **11-cv-2300-AP**

**MICHAEL A. ZELLER,**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      Unopposed Plaintiff's Motion to Amend Briefing Schedule (doc. #9), filed January 3, 2012, is **GRANTED**.  Opening brief is due February 13, 2012; response brief is due March 14, 2012; reply brief is due March 29, 2012.

Dated:  January 4, 2012