**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  11-cv-02300-CMA

MICHAEL A. ZELLER,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

**FINAL JUDGMENT**

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order Affirming Denial of Social Security Benefits of Judge Christine M. Arguello entered on September 28, 2012, it is

    ORDERED that the Commissioner's decision is AFFIRMED. Each party shall bear its own costs and attorney's fees.

    Dated at Denver, Colorado this 28th day of September, 2012.

    FOR THE COURT:
    JEFFREY P. COLWELL, CLERK

    By: s/Sandra Hartmann

    Sandra Hartmann
    Deputy Clerk